# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CINDY ADAM, individually and on
behalf of all others similarly situated,

    Plaintiff,

    v.

SFLG, INC., et al.,

    Defendants.

Civil Action No. 20-12835 (MAS) (LHG)

**ORDER**

Plaintiff brought an action based on alleged violations of California's Consumer Legal Remedies Act, California's False Advertising Law, the Unfair and Fraudulent Prongs of California's Unfair Competition Law, the Unlawful Prong of California's Unfair Competition Law, California's Automatic Renewal Law, the Electronic Fund Transfer Act, and also alleges a Civil RICO infraction, violations of various consumer protection laws, as well as Aiding and Abetting, and Conspiracy claims. (*See generally* Compl., ECF No. 1.) This matter comes before the Court upon Defendants SFLG, Inc. and Kurt Ellis's (collectively, "Defendants") Motion to Dismiss. (ECF No. 9.) Plaintiff Cindy Adam, individually and on behalf of all others similarly situated, filed opposition (ECF No. 12), and Defendants replied (ECF No. 14).

The Court has considered the pleadings and notes that there is a case currently on appeal to the United States Court of Appeals for the Third Circuit, *Adam v. Barone*, No. 20-10321, 2021 WL 2190902 (May 31, 2021), *appeal docketed*, No. 21-2092 (3d Cir. June 8, 2021), seeking the Third Circuit's review regarding subject matter jurisdiction as it relates to mootness. *Adam v. Barone* raises substantially similar claims and allegations as Plaintiff raises in the current matter. Accordingly, based on the Court's inherent authority to control the matters on its docket, and for other good cause shown,

**IT IS** on this _12th_ day of July, 2021, **ORDERED** that:

1.    This matter is administratively terminated and stayed pending a decision from the United States Court of Appeals for the Third Circuit in *Adam v. Barone*.

2.    The parties shall notify the Court via e-filed correspondence within seven days of the Third Circuit's decision in *Adam v. Barone*.  At that time, the Court will reopen the matter and enter an appropriate order.[1]

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

---

[1] If either party believes that there is good cause for the Court to reopen the matter prior to the Third Circuit's decision in *Adam v. Barone*, the party may e-file correspondence to that effect. Following review of the party's correspondence, the Court will issue an appropriate order.